23405. BROOKS, administratrix, v. PATTERSON & SON.

BROYLES, C. J. The evidence authorized the judgment rendered by the trial judge, sitting without the intervention of a jury, and the court did not err in overruling the motion for a new trial, which contained the usual general grounds and two special grounds elaborating the general grounds. *Judgment affirmed.* *MacIntyre and Guerry, JJ., concur.*

DECIDED SEPTEMBER 18, 1934.

*J. K. Jordan,* for plaintiff in error.
*Craighead & Craighead, Dwyer & Dwyer,* contra.